United States District Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NELSON ESTRADA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02890 |
| § | |
| AMERICAN POLICE OFFICERS § | |
| ALLIANCE, § | |
| § | |
| Defendant. | |

## ORDER

Plaintiff Nelson Estrada has filed a Notice of Voluntary Dismissal. ECF No. 10. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant American Police officers Alliance are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on December 12, 2024.

Keith P. Ellison
United States District Judge